IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MAKASINI LOMU,<br><br>　　　　　Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S THIRD MOTION FOR RELEASE UNDER FIRST STEP ACT<br><br>Case No. 2:17-CR-335 TS<br><br>District Judge Ted Stewart |

　　　　This matter is before the Court on Defendant's Third Motion for Release Under First Step Act. The Court previously denied Defendant's requests for release, concluding that Defendant failed to demonstrate extraordinary and compelling reasons to warrant a sentence reduction and release was not consistent with the Court's consideration of the 18 U.S.C. § 3553(a) factors.[1] The Court remains convinced that Defendant's release does not comport with the consideration of the § 3353(a) factors for substantially the same reasons already stated.

　　　　It is therefore

　　　　ORDERED that Defendant's Third Motion for Release Under First Step Act. (Docket No. 1151) is DENIED.

　　　　DATED this 29th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ted Stewart
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Docket Nos. 998, 1058.